

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2024

No. 04-23-00918-CV

Cortlandt **OVERBAY**,
Appellant

v.

**FRANKEL FAMILY TRUST** D/B/A Sedona Ranch Apartments,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023-CV-05195
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. We order that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

It is so **ORDERED** on February 7, 2024.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2024.

Tommy Stolhandske, Clerk of Court